IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KRISTIN MAYER, as conservator for Dexxon Butler,<br><br>Plaintiff,<br><br>-vs-<br><br>MADISON ADOPTION ASSOCIATES LTD.,<br><br>Defendant. | Cause No. 4:21-CV-00038-BMM-JTJ<br><br>**ORDER GRANTING EXTENSION AND VACATING PRELIMINARY PRETRIAL CONFERENCE AND DEADLINES PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Defendant has filed a motion to dismiss for lack of personal jurisdiction (Dkt. #4.) By agreement of the parties, Defendant will be producing limited jurisdictional discovery in the next 30 days. There being no objection, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension to respond to Defendant's Motion to Dismiss is GRANTED. Upon receipt of that discovery, Plaintiff will have 21 days to file her responsive brief to Defendant's Motion to Dismiss.

On June 3, 2021, the Court issued an order setting a preliminary pretrial conference and attendant deadlines. (Dkt. #9.) In the interests of judicial economy and efficiency, the Preliminary Pretrial Conference is VACATED and the pretrial conference deadlines are STAYED pending resolution of Defendant's Motion to Dismiss.

DATED this 9th day of June, 2021.

Brian Morris, Chief District Judge
United States District Court