# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KRISTIN MAYER, as conservator for Dexxon Butler,<br><br>Plaintiff,<br><br>-vs-<br><br>MADISON ADOPTION ASSOCIATES LTD.,<br><br>Defendant. | Cause No. 4:21-CV-00038-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO AMEND OR JOIN PARTIES** |

Upon Defendant's Unopposed Motion for Extension of Deadline to Amend of Joint Parties and good cause appearing, IT IS HEREBY ORDERED that the March 18, 2022 deadline for amendment of pleadings and joinder of parties is extended for 30 days following the Court's completion of its *in camera* review of documents and MAA's opportunity to conduct a Rule 30(b)(6) deposition of either Montana DPHHS or DOL.

DATED this 15th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court