IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KRISTIN MAYER, as conservator for Dexxon Butler,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MADISON ADOPTION ASSOCIATES, LTD.,<br><br>　　　　　　Defendant. | CV-21-38-GF-BMM<br><br>ORDER |

The Court required the Montana Department of Public Health and Human Services to provide the following records for *in camera* review:

　　1.　Any investigative materials, including reports, videos, interview transcriptions or recordings, and court filings, pertaining to the Ranch for Kids or William Sutley.

　　2.　Any investigative materials pertaining to the revocation from the Ranch for Kids of Private Alternative Adolescent Residential or Outdoor Program License No. 580.

　　3.　Any filings, exhibits introduced at, or transcripts of the administrative hearing in In re: The Ranch for Kids, before the Department of Public Health and

Human Services, Quality Assurance Division, Consolidated Case No. MF-2019-0001.

Upon review of the documents produced, the Court orders that the files listed below should be produced as relevant to this litigation. The documents shall be protected by the existing Protective Order (Doc. 36).

- The following documents within Subfolder "1 – Investigative Reports Videos etc for RFK & Sutley:"
    - 2019 11-09 RFK's supplemental response
    - 2018 ESCORT REPORT (Responses)
    - Dexxon Butler Eureka Health
    - Dexxon Butler File
    - Dexxon Butler Post Adoption
    - Dexxon suicide assessment 06-20-2017
    - Dismissel Letter For Dexxon Butler July 1 2019
    - Letter regarding Dexxon Butler
    - Dexxon Butler – NVH
    - Dexxon Butler Clothing Inventory
    - Dexxon – rock climb
    - Dexxon address and insurance update jan 2017
    - Dexxon BASC – 2
    - Dexxon BASC 2 – Teacher filled
    - Dexxon Butler – Adoption Cert
    - Dexxon Butler – Health Exam
    - Dexxon Butler – Medical Insurance

- All documents within Subfolder "2 – Investigation Pertaining to Revocation of RFK Lic 580"

- The following documents within Subfolder "3 – Filings exhibit transcripts:"
    - 2020 07-20 - FH DPHHS Exhibit A
    - 2020 07-20 - FH DPHHS Exhibit B
    - 2020 07-20 - FH DPHHS Exhibit C
    - 2020 07-20 - FH DPHHS Exhibit I
    - 2020 07-20 - FH DPHHS Exhibit J

- - o 2020 07-20 - FH DPHHS Exhibit K
    - o 2020 07-20 - FH DPHHS Exhibit N
    - o 2020 07-20 - FH DPHHS Exhibit P
    - o 2020 07-20 - FH DPHHS Exhibit S
    - o 2020 07-20 - FH DPHHS Exhibit V
    - o 2020 07-20 - FH DPHHS Exhibit W
    - o 2020 10-09 FOF COL and Recommended Decision (Final)
    - o RFK day 1 - 11-11-19 full
    - o RFK day 2 - 11-12-19 full
    - o RFK day 3 - 11-13-19 full
    - o RFK day 4 - 11-14-19 full
    - o RFK day 5 - 11-15-19 full

- All documents within Subfolder "CPS DOCUMENTS"

DATED this 6th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court