# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KRISTIN MAYER, as conservator for Dexxon Butler, | CV-21-38-GF-BMM |
| Plaintiff, | ORDER |
| v. | |
| MADISON ADOPTION ASSOCIATES, LTD., | |
| Defendant. | |

The Court supplements its prior order (Doc. 61) following review of documents provided by the Montana Department of Labor & Industry in this matter.

Upon review of the documents produced, the Court orders that all files provided by the Montana Department of Labor & Industry should be produced as relevant to this litigation. The documents shall be protected by the existing Protective Order (Doc. 36).

DATED this 13th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court