# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KRISTIN MAYER, as conservator for Dexxon Butler, <br>       Plaintiff, <br> -vs- <br><br> MADISON ADOPTION ASSOCIATES, LTD., <br>       Defendant. | Cause No. 4:21-cv-00038-BMM-JTJ <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ALLOW CLAIMS MANAGER TO APPEAR VIA VIDEO AT SETTLEMENT CONFERENCE** |
| MADISON ADOPTION ASSOCIATES, LTD., <br><br>  Third-Party Plaintiff, <br> -vs- <br><br> JOHN SANTA, PENNY JAMES, RICK JOHNSON, TRUDI SCHMIDT, PAM CARBONARI and DOES 1- 10, Individually <br><br>  Third-Party Defendants. | |

 Upon reading and filing of Defendant/Third-party Plaintiff's Unopposed Motion to Allow Claims Manager to Appear Via Video at Settlement Conference and good cause appearing, IT IS HEREBY ORDERED that Tanya Park may

1

appear via video at the settlement conference on January 19, 2023. Counsel for Madison Adoption shall make arrangements for her remote appearance.

DATED this 9th day of January, 2023.

John Johnston
United States Magistrate Judge