IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KRISTIN MAYER, as conservator for Dexxon Butler,<br><br>Plaintiff,<br><br>-vs-<br><br>MADISON ADOPTION ASSOCIATES LTD.,<br><br>Defendant/Third-Party Plaintiff,<br><br>-vs-<br><br>JOHN SANTA; PENNY JAMES; RICK JOHNSON; TRUDY SCHMIDT; PAM CARBONARI; and DOES 1-10,<br><br>Third-Party Defendants. | Cause No. 4:21-CV-00038-BMM<br><br>ORDER |

Upon review of the Unopposed Motion to File Exhibits Under Seal and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk of Court shall file the proposed exhibits under seal.

DATED this 24th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court