IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KRISTIN MAYER, as conservator for Dexxon Butler,<br><br>Plaintiff,<br><br>-vs-<br><br>MADISON ADOPTION ASSOCIATES LTD.,<br><br>Defendant. | Cause No. 4:21-CV-00038-BMM<br><br>**ORDER** |

Upon review of the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each side bearing its own fees and costs.

DATED this 22nd day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court